**I**

**In the Matter of Edward I. DOBRIN, Bankrupt, Appellant.**

Circuit Court of Appeals, Second Circuit.
March 16, 1928.

No. 252.

Appeal from the District Court of the United States for the Southern District of New York.

Louis Jersawitz, of New York City, for appellant.

C. Edward Benoit, of New York City, for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed in open court.

---

**2**

**R. B. EAMES, Appellant, v. Steamship INGRAM, Appellee.**

Circuit Court of Appeals, Fourth Circuit.
March 1, 1928.

No. 2622.

Appeal from the District Court of the United States for the Eastern District of South Carolina, at Charleston; Ernest F. Cochran, Judge.

Henry Bowden, of Norfolk, Va. (Augustine T. Smythe, of Charleston, S. C., and Samuel E. Forwood, of Norfolk, Va., on the brief), for appellant.

Harold A. Mouzon, of Charleston, S. C. (Huger, Wilbur, Miller & Mouzon and Alfred Huger, all of Charleston, S. C., on the brief), for appellee.

Before WADDILL, PARKER, and NORTHCOTT, Circuit Judges.

PER CURIAM. After a careful examination of the testimony, a majority of the court are of opinion, as was the trial judge, that the injury of libelant did not result from any negligence on the part of the steamship Ingram, her officers or crew, but from the accidental slipping of his own foot, for which the vessel was in no wise responsible. The decree of the District Court dismissing the libel is accordingly affirmed.

Affirmed.

---

**3**

**EMPIRE BRICK & SUPPLY COMPANY, Libelant-Appellee, v. Steam Tug BRONX, Her Engines, etc.; Red Star Towing & Transportation Company, Claimant-Appellant; Red Star Towing & Transportation Company, Respondent-Appellant.**

Circuit Court of Appeals, Second Circuit.
February 20, 1928.

No. 140.

Appeal from the District Court of the United States for the Eastern District of New York.

Burlingham, Veeder, Masten & Fearey, of New York City (Chauncey I. Clark and Eugene Underwood, Jr., both of New York City, of counsel), for appellant.

Alexander & Ash, of New York City (Peter Alexander, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree (14 F.[2d] 482) affirmed, with costs.

---

**4**

**Richard J. FOSTER, Libelant-Appellant, v. Steamer ALFRED H. SMITH, Her Engines, etc., Claimant-Appellee.**

Circuit Court of Appeals, Second Circuit.
March 5, 1928.

No. 186.

Appeal from the District Court of the United States for the Western District of New York.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellant.

Brown, Ely & Richards, of Buffalo, N. Y. (Lawrence E. Coffey, of Buffalo, N. Y., of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.